```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00597
    CAROLYN J KIMBROUGH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7881


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/24/2006 and was confirmed 04/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   7.00%.

      The case was converted to chapter 7 after confirmation 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
MEADOWS CREDIT UNION     SECURED            8200.00     1365.39       2713.84
MEADOWS CREDIT UNION     UNSECURED          4386.55        .00            .00
INTERNAL REVENUE SERVICE PRIORITY           1095.90        .00         427.50
ARONSON FURNITURE        SECURED NOT I       171.00        .00            .00
SBC                      UNSECURED           761.67        .00            .00
FNB MARIN                UNSECURED         NOT FILED       .00            .00
HARRIS & HARRIS          UNSECURED         NOT FILED       .00            .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED       .00            .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED       .00            .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED       .00            .00
JEWEL FOOD               UNSECURED           275.00        .00            .00
ECAST SETTLEMENT CORP    UNSECURED           460.48        .00            .00
KCA FINANCIAL SERVICES   UNSECURED         NOT FILED       .00            .00
KCA FINANCIAL SERVICES   UNSECURED         NOT FILED       .00            .00
LOYOLA UNIVERSITY MEDICA UNSECURED         NOT FILED       .00            .00
MALCOLM S GERALD         UNSECURED         NOT FILED       .00            .00
MEDICAL COLLECTION       UNSECURED         NOT FILED       .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED         NOT FILED       .00            .00
NATIONWIDE ACCEPTANCE~   UNSECURED           1027.12       .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED         NOT FILED       .00            .00
RISCUITY                 UNSECURED              .00        .00            .00
ARONSON FURNITURE        UNSECURED           452.97        .00            .00
INTERNAL REVENUE SERVICE UNSECURED            22.39        .00            .00
PARAGON WAY INC          UNSECURED           240.00        .00            .00
GLENDA J GRAY            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                       273.27
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00597 CAROLYN J KIMBROUGH
```

```
TRUSTEE                                         4,780.00

PRIORITY                                                         427.50
SECURED                                                        2,713.84
    INTEREST                                                   1,365.39
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             273.27
DEBTOR REFUND                                                       .00
                                        ----------------  ----------------
TOTALS                                          4,780.00         4,780.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 00597 CAROLYN J KIMBROUGH